IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

DUSTIN LEMUEL HORN                                                                                      PLAINTIFF

v.                                  Case No. 6:24-cv-06049

MRS. PETERSON; LIEUTENANT
BENJAMIN MARTIN; SERGEANT
ANDERSON; MAJOR SECURITY
FREDDIE OTTS; and WARDEN
WALTER WHITE                                                                                            DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed February 3, 2025, by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 33). Judge Ford recommends that Plaintiff's Amended Complaint should be dismissed without prejudice for failure to present any cognizable individual or official capacity claims against Defendants.

Plaintiff has not responded and the time to do so has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, finding no clear error on the face of the record and that Judge Ford's reasoning is sound, the Court adopts the Report and Recommendation (ECF No. 33) *in toto*. Accordingly, the Court finds that Plaintiff's Amended Complaint (ECF No. 32) should be and hereby is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 6th day of March, 2025.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge